UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

BOBBY PORTER,  )
 )
    *Petitioner*,  )
 )
v.  ) Nos. 2:09-cr-31; 2:11-cv-311-RLJ-DHI
 )
UNITED STATES OF AMERICA,  )
 )
    *Respondent*.  )

## JUDGMENT

In accordance with the accompanying memorandum opinion, this federal prisoner's *pro se* motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255 is **DENIED** (Doc. 1017), and this case is **DISMISSED**. Likewise **DENIED** is the issuance of a certificate of appealability.

**IT IS SO ORDERED.**

**ENTER:**

                                                                                    LEON JORDAN
                                          UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
    CLERK OF COURT